**Opinion issued April 21, 2026**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-25-00991-CV

_____

**TERRELL SAMUELS, Appellant**

**V.**

**BRUNSWICK GROUP, LLC, Appellee**

**On Appeal from the County Civil Court at Law No. 3**
**Harris County, Texas**
**Trial Court Case No. 1253721**

## MEMORANDUM OPINION

Appellant Terrell Samuels has not timely filed a brief.  *See* TEX. R. APP. P. 38.6(a) (governing time to file brief), 38.8(a) (governing failure of appellant to file brief).  We warned appellant that we would dismiss the appeal absent a reasonable explanation for the failure to file a brief.  *See id.*   Appellant did not respond as we

requested.  *See* TEX. R. APP. P. 42.3(b) (allowing involuntary dismissal of case).

Accordingly, we dismiss the appeal in accordance with Texas Rule of Appellate Procedure 42.3(b) –(c).  We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Guerra and Guiney.